Yasha Bronshteyn, Esq.
Ginzburg & Bronshteyn, LLP
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
Email: yashagbllp@yahoo.com
SBN: 210248

Wayne D. Lonstein, Esq.
Lonstein Law Office, P.C.
80 North Main Street, P.O. Box 351
Ellenville, NY 12428
Tel. (845) 647-8500
Fax (845) 647-6277
Email: Legal@signallaw.com

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

---

DIRECTV, LLC, a California limited liability company,

Plaintiff,

v.

MIN YOUNG PAK and CHAE MUN PAK, Individually, and d/b/a MINS KITCHEN,

Defendants.

---

Civil Action No. 3:12-CV-04171-JSC

**~~PROPOSED~~ ORDER GRANTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND ALL RELATED EVENTS AND DEADLINES**

Considering the stipulated request of the Plaintiff, DIRECTV, LLC, and the Defendants, MIN YOUNG PAK and CHAE MUN PAK, Individually, and d/b/a MINS KITCHEN, and good cause having been shown, it is hereby:

**ORDERED** that the Initial Case Management Conference be continued to January 10, 2013 at 1:30pm, and that all related deadlines be continued accordingly.

-1-

Dated: November 15, 2012

_____
**Hon. Jacqueline Scott Corley**
United States Magistrate Judge